### JOSEPH KOCHTA v. ST. PAUL CITY RAILWAY COMPANY.[1]

May 15, 1908.

Nos. 15,586—(125).

Action in the district court for Ramsey county to recover $10,000 for personal injuries. The case was tried before Hallam, J., and a jury which returned a verdict in favor of plaintiff for $650. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*N. M. Thygeson* and *W. H. Bennett*, for appellant.
*Humphrey Barton* and *John H. Kay*, for respondent.

PER CURIAM.

The questions involved in the appeal of this case are similar to those in Jelinek v. St. Paul City Ry. Co., supra, page 247, 116 N. W. 480, and that case is therefore controlling.

Affirmed.

[1] Reported in 116 N. W. 482.